UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FELICIA FIELDS, ET AL., | Case No. 1;25-CV-00802-JLT-HBK |
| Plaintiff, | ORDER GRANTING PLAINTIFFS PERMISSION TO FILE SECOND AMENDED COMPLAINT |
| v. | |
| FRESNO UNIFIED SCHOOL DISTRICT, | (Doc. 20) |
| Defendant. | |

This case was removed from Fresno Superior Court to this Court on July 2, 2025 by Defendant FRESNO UNIFIED SCHOOL DISTRICT after Plaintiffs FELICIA FIELDS, an individual, and F.L., a minor, filed a First Amended Complaint on June 2, 2025. (Doc. 1). On January 22, 2026, the Court entered a Case Management and Scheduling Order establishing an April 22, 2026 deadline to amend pleadings. (Doc. 18 at 2). On April 20, 2026, Plaintiffs and Defendant (collectively the "Parties"), filed a stipulation to permit Plaintiffs to file and serve the Second Amended Complaint that is attached as Exhibit "A" to the Stipulation on the condition that Defendant preserves all opportunities, and has not waived any right, to challenge Plaintiffs' Second Amended Complaint on any grounds, or to otherwise seek appropriate relief from the Court. (Doc. 20). The Parties further stipulate that Defendant's deadline to file a response to the Second Amended Complaint shall be within fourteen (14) days of its filing consistent with Fed. R. Crim. P. 15(a)(3). (*Id*. at 2, ¶5).

Rule 15 governs amended complaints and supplemental pleadings.  Fed. R. Civ. P. 15. Under Rule 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave" and the "court should freely give leave when justice so requires." Here, Defendant consents to Plaintiffs filing a second amended complaint.

ACCORDINGLY, it is hereby ORDERED:

1.      The Parties' Stipulation (Doc. 20) is GRANTED and Plaintiffs are granted leave to file the Second Amended Complaint attached to the Stipulation as Exhibit "A."

2.      Plaintiff's shall file the Second Amended Complaint within seven (7) days of the date of this Order and serve it upon Defendant.

3.      Defendant shall file and serve its response to the Second Amended Complaint within fourteen (14) days after service of the Second Amended Complaint.

Dated:    April 20, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE