UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FELICIA FIELDS, ET AL., | Case No. 1:25-CV-00802-JLT-HBK |
| Plaintiff, | ORDER GRANTING PLAINTIFFS PERMISSION TO FILE THIRD AMENDED COMPLAINT |
| v. | |
| FRESNO UNIFIED SCHOOL DISTRICT, | (Doc. 23) |
| Defendant. | |

This action was removed from Fresno Superior Court to this Court on July 2, 2025, by Defendant Fresno Unified School District following the filing of a First Amended Complaint on June 2, 2025, by Plaintiffs Felicia Fields, an individual, and F.L., a minor. (Doc. 1). On May 8, 2026, Plaintiffs and Defendant (collectively the "Parties"), filed a stipulation seeking leave for Plaintiffs to file and serve a Third Amended Complaint. (Doc. 23). The stipulation provides that Defendant preserves all rights and does not waive any grounds to challenge the anticipated Third Amended Complaint. The Parties further stipulate that Defendant's deadline to respond to the Third Amended Complaint shall be fourteen (14) days after its filing, consistent with Fed. R. Crim. P. 15(a)(3). (*Id*. at 2, ¶5).

Federal Rule of Civil Procedure 15 governs amended pleadings. Fed. R. Civ. P. 15. Under Rule 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave" and the "court should freely give leave when justice so requires." Here,

Defendant consents to Plaintiffs filing a Third Amended Complaint.

Accordingly, IT IS HEREBY ORDERED:

1. The Parties' Stipulation (Doc. 23) is GRANTED.  Plaintiffs are granted leave to file a Third Amended Complaint.

2. Plaintiffs shall file and serve the Third Amended Complaint within sixty (60) days of the date of this Order.

3. Defendant shall file and serve its response to the Third Amended Complaint within fourteen (14) days after service.

4. The July 9, 2026 Mid-Discovery Conference is CONTINUED to September 10, 2026 at 1:00 P.M.

5. The Parties shall file a Joint Mid-Discovery Status Report, not to exceed five (5) pages, no later than September 3, 2026. The report shall address the status of the case, remaining discovery, the potential for settlement, and any issues that may benefit from the Court's assistance.

Dated:    May 8, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2