UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FELICIA FIELDS, and F.L., a minor,

Plaintiffs,

v.

FRESNO UNIFIED SCHOOL DISTRICT, ET AL.,

Defendants,

Case No. 1:25-cv-00802-JLT-HBK

ORDER GRANTING DEFENDANT FRESNO UNIFIED SCHOOL DISTRICT'S MOTION FOR EXTENSION OF TIME

(Doc, 29)

Pending before the Court is Defendant Fresno Unified School District's motion for extension of time to file a responsive pleading to Plaintiffs' Third Amended Complaint under Federal Rule of Civil Procedure 6(b)(1)(B) filed July 24, 2026. (Doc. 29). Plaintiffs filed a response in opposition, and Defendant filed a reply. (Docs. 33, 34).

Defendant seeks a 28-day extension to respond to Plaintiff's Third Amended Complaint. Defendant acknowledges that its motion was filed after July 22, 2026, the 14-day deadline following service of Third Amended Complaint. In support, Defendant submits a declaration from counsel explaining that new counsel was retained on July 15, 2026, and that the Court granted substitution on July 20, 20026. (Doc. 29-1). Counsel also made good-faith efforts to meet and confer with Plaintiffs' counsel in an effort to reach a stipulation and avoid court intervention. These efforts included email correspondence on July 15, 16, 21, and 23, 2026, and

telephone calls on July 15, 16, 21, and 23, 2026, spanning more than one week. Plaintiffs' counsel did not respond within a reasonable time, and no stipulation was reached.

Federal Rule of Civil Procedure 6(b) authorizes the Court to extend deadlines for good cause if the request is made before the existing deadline. Fed. R. Civ. P. 6(b)(1)(A). If the request is made after the deadline, the moving party must also show excusable neglect. Fed. R. Civ. P. 6(b)(1)(B). To determine whether a party's failure to meet a deadline constitutes "excusable neglect," courts apply a four-factor equitable test, considering: (1) the danger of prejudice to the opposing party; (2) the length of the delay and its potential impact on the proceedings; (3) the reason for the delay; and (4) whether the movant acted in good faith. *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1261 (9th Cir. 2010).

The Court finds that Defendant has demonstrated excusable neglect warranting relief. The original deadline to file a responsive pleading to the Third Amended Complaint was July 21, 2026. New counsel was retained on July 15, 2026, moved for substitution on July 16, 2026, and was substituted by the Court on July 20, 2026. In light of the pending substitution and the need for newly retained counsel to review Plaintiff's Third Amended Complaint, which asserts eight causes of action and adds four new defendants, counsel inadvertently failed to file a responsive pleading by the July 21 deadline. The oversight was unintentional, occurred during a transition in representation, and was not the result of bad faith or a pattern of delay.

The delay in seeking the extension was minimal and was compounded by substituted counsel's good-faith efforts over more than one week to meet and confer with Plaintiffs' counsel regarding a stipulated extension of time to respond to the Third Amended Complaint. The Court further finds that the Third Amended Complaint identifies four new defendants who have not yet been served.

At this early stage of the proceedings, Plaintiff will not be prejudiced by a brief extension of time to allow newly retained counsel to review the lengthy and complex Third Amended Complaint and prepare an appropriate response, particularly where the newly added defendants remain unserved, discovery is in its initial phases, and the trial date is more than a year away. Further, the Rules are to be liberally construed to effectuate "the general purpose of seeing

that cases are tried on the merits." *Ahanchian*, 624 F.3d at 1258–59.

Accordingly, IT IS ORDERED:

1. Defendant Fresno Unified School District's motion for extension of time (Doc. 29) is GRANTED.

2. Defendant/'s deadline to file an answer or other responsive pleading to the Third Amended Complaint is extended by twenty-eight (28) days from the original deadline, to August 19, 2026.

Dated: August 5, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE