UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FELICIA FIELDS and F.L., a minor,

Plaintiffs,

v.

FRESNO UNIFIED SCHOOL DISTRICT; FRESNO UNIFIED SUPERINTENDENT OF SCHOOLS, MISTY HER; HEALTH DIRECTOR, XAI TORRES; EXECUTIVE DIRECTOR OF HEALTH SERVICES, MICHELLE PARKER; FUSD SAFETY AND HEALTH DEPARTMENT DIRECTOR, AMY IDSVOOG,

Defendants.

Case No. 1:25-cv-00802-JLT-HBK

ORDER GRANTING MOTION TO EXTEND CASE MANAGEMENT DEADLINES

(Doc. 40)

On September 8, 2026, the parties filed a joint motion to extend the deadlines set forth in the January 22, 2026 Case Management and Scheduling Order. (Doc. 40). The Court finds good cause to grant the joint motion. Fed. R. Civ. P. 16(b)(4).

Accordingly, IT IS ORDERED:

1. The parties' joint motion to extend the case management deadlines (Doc. 40) is GRANTED to the extent set forth herein.
2. The following dates shall govern the management of this action going forward.

| Action or Event | Date |
|---|---|
| Deadline for providing mandatory initial disclosures. See Fed. R. Civ. P. 26(a)(1). | 11/13/2026 |
| Deadline to move to join a party or amend pleadings. See Fed. R. Civ. P. 14, 15, 19, 20. | 12/11/2026 |
| Telephonic Mid-Discovery Status Conference<br>Telephonic conferences are joined by calling: (Dial-In: 669-254-5252; meeting ID 160 644 7139; passcode 646053). | Report Due:<br>02/04/2027<br>Conference:<br>02/11/2027<br>1:00 P.M. |
| Deadline to complete non-expert discovery. *See* Fed. R. Civ. P. 37. | 05/07/2027 |
| Deadline for plaintiff to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 05/21/2027 |
| Deadline for defendants to disclose expert report(s). | 05/21/2027 |
| Deadline for disclosing any expert rebuttal report(s). | 06/21/2027 |
| Deadline for expert discovery. | 08/31/2027 |
| Deadline to advise the Court of settlement, ADR, VDRP or mediation efforts to date. See Local Rules 270, 271. ***The parties may contact Chambers prior to this date to arrange a settlement conference.*** | 08/20/2027 |
| Deadline to file pre-trial dispositive motions. *See* Fed. R. Civ. P. 56. | 09/17/2027 |
| Deadline to file final joint pretrial statement, motion(s) *in limine*, proposed jury instructions, and verdict form. *See* Local Rules 281, 282. | 03/06/2028 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); *See* Local Rule 280, 281, 282, 283. (Monday) | 03/20/2028<br>at 1:30 p.m. |
| Trial Date. (Tuesday) | 05/02/2028<br>at 8:30 a.m. |

3. The procedures set forth in the Case Management and Scheduling Order issued on January 22, 2026 (Doc. 18) remain in effect.

4. The Court vacates the mid-discovery conference set for November 19, 2026 at 1:00 P.M. (Doc. 39) and resets it to the date above.

Dated: September 11, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE